**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| JF ACQUISITION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SENECA COMPANIES, INC., OWL SERVICES, INC., and TRIVE CAPITAL MANAGEMENT, LLC, <br><br> Defendants. | Civil Action No. 4:25-cv-00104-RGE-WPK <br><br> **JOINT MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff JF Acquisition, LLC ("JF") and named Defendants Seneca Companies, Inc. ("Seneca"), OWL Services, Inc. ("OWL"), and Trive Capital Management, LLC ("Trive," and collectively, the "Parties"), through their respective counsel, hereby file this Joint Motion to Dismiss with Prejudice ("Motion") and respectfully state as follows:

The Parties have resolved the claims asserted in this action and therefore jointly move the Court to dismiss this action with prejudice, with each party to bear its own fees and costs.

Accordingly, the Parties respectfully request that the Court grant this Motion and enter an order dismissing with prejudice all claims that have been asserted in this action. Each Party consents to the relief requested herein.

**Joint Motion to Dismiss with Prejudice** 1

/s/ Teresa B. Morio
Samuel E. Jones
   Iowa State Bar No. AT0009821
Teresa B. Morio
   Iowa State Bar No. AT0000755
Jackson C. Blais
   Iowa State Bar No. AT0014222
Shuttleworth & Ingersoll, P.L.C.
235 6th Street SE
Cedar Rapids, Iowa 52401
Telephone: 319-365-9461
Facsimile: 319-365-8443
Email:  sej@shuttleworthlaw.com
       tbm@shuttleworthlaw.com
       jcb@shuttleworthlaw.com

Nicholas J. Giles (Admitted Pro Hac)
MCGUIRE WOODS, LLP
800 E. Canal Street
Richmond, VA 23219
Telephone: 804-775-4760
Email: ngiles@mcguirewoods.com

**ATTORNEYS FOR PLAINTIFF JF ACQUISITION, LLC**

/s/ David H. Harper
David H. Harper (*Admitted Pro Hac*)
   Texas State Bar No. 09025540
Jason N. Jordan (*Admitted Pro Hac*)
   Texas State Bar No. 24078760
Alexandra Larkin (*Admitted Pro Hac*)
   Minnesota State Bar No. 0403959
Ethan Kerstein (*Admitted Pro Hac*)
   Texas State Bar No. 24116611
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: 214-651-5000
Facsimile: 214-651-5940
Email:  david.harper@haynesboone.com
      jason.jordan@haynesboone.com
      alexandra.larkin@haynesboone.com
      ethan.kerstein@haynesboone.com

Guy R. Cook
   Iowa State Bar No. AT0001623
Benjamin T. Erickson
   Iowa State Bar. No. AT0012927
GREFE & SIDNEY, P.L.C.
500 East Court Avenue, Suite 200
Des Moines, Iowa 50309
Telephone: 515-245-4300
Facsimile: 515-245-4452
Email:  gcook@grefesidney.com
      berickson@grefesidney.com

Robert V.P. Waterman, Jr.
   Iowa State Bar No. AT0008339
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801
Telephone: 563-333-6618
Facsimile: 563-324-1616
Email:  bwaterman@l-wlaw.com

Nathan P. Eimer (*Admitted Pro Hac*)
   Illinois Bar No. 735353
Vanessa G. Jacobsen (*Admitted Pro Hac*)
   Illinois Bar No. 6243025
Benjamin E. Waldin (*Admitted Pro Hac*)

Illinois Bar. No. 6317991
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312-660-7600
Facsimile: 312-692-1718
Email: neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

**ATTORNEYS FOR DEFENDANTS
SENECA COMPANIES, INC., OWL
SERVICES, INC., and TRIVE CAPITAL
MANAGEMENT, LLC**